# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SANDRA LARIVIERE,**
Appellant,

v.

**HSBC BANK USA, N.A., AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-PA3,**
Appellee.

No. 4D17-2408

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 08-062985 (11).

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellant.

Ellen Patterson of Levine Kellogg Lehman Schneider & Grossman LLP, Miami, Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, and Kimberly S. Mello and Daniele M. Diaz of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***